UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**ABDULLAH HUSSEIN and**
**LUFTI HUSSEIN,**
      **Plaintiffs,**

    **v.**                                                           **Case No. 19-cv-21**

**JUN-YAN, LLC, YUN YAN and**
**"JOHN" YAN aka JUN LIANG,**
      **Defendants.**
_____

### **ORDER**

The Court has received notice that mediation before Judge Dries has resulted in settlement of this matter. **THEREFORE, IT IS ORDERED** that the Clerk of Court shall close the file administratively. The parties shall file a stipulation of dismissal no later than **October 6, 2020**.

Dated at Milwaukee, Wisconsin, this 15th day of September, 2020.

                                    s/Lynn Adelman_____
                                    LYNN ADELMAN
                                    District Judge